In re:                                    Case No. 24-00794

    Randy W. Polons,                    Chapter 13

           Debtor

## Debtor's Motion to Extend Time
## to File Schedules, Statements, and Other Documents

**AND NOW**, Debtor Randy W. Polons, by and through their attorney, moves this Court to extend time to file schedules, statements, and other documents. In support of this motion, the Debtor states as follows:

1. The Debtor filed this case under chapter 13 on April 3, 2024.

2. The schedules, statements, and other documents required by 11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007(b) ("the Schedules") were not filed with the petition, and the Court ordered that they be filed on or before May 1, 2024 ECF No. 11.

3. A debtor may request an extension of time to file the Schedules upon motion and for cause shown. 11 U.S.C. §521(i)(3); Fed. R. Bankr. P. 1007(c).

4. The Debtor is still gathering some of the information required by Counsel to prepare the Schedules and needs extra time to do so.

5. The Debtor requests an extension to file the Schedules on or before May 15, 2024.

**NOW, THEREFORE**, the Debtor asks this Court to grant relief in the form of order attached and to grant such other relief in their favor as may be necessary and proper under the law.

Date: May 1, 2024

           CIBIK LAW, P.C.
           *Counsel for Debtor*

           By: /s/ Michael A. Cibik
           Michael A. Cibik (#23110)
           1500 Walnut Street, Suite 900
           Philadelphia, PA 19102
           215-735-1060
           mail@cibiklaw.com

## Certificate of Service

I certify that on this date I caused a true and correct copy of the Debtor's Motion to Extend Time to File Schedules, Statements, and Other Documents to be served on all parties on the clerk's service list through the CM/ECF system.

Date: May 1, 2024           /s/ Michael A. Cibik
                                                      Michael A. Cibik