In re:  Case No. 24-00794-MJC
Randy W. Polons  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5 | User: AutoDocke | Page 1 of 2
Date Rcvd: May 03, 2024 | Form ID: ntnew341 | Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Randy W. Polons, 554 Trailwood Lake Rd, Bear Crk Twp, PA 18702-8511 |
| 5608587 | | Bear Creek Township Tax Collector, 141 Laurel Run Rd, Bear Crk Twp, PA 18702-9712 |
| 5608594 | + | Luzerne County Tax Claim Bureau, c/o Elite Revenue Solutions, 200 North River Street, Wilkes Barre, PA 18711-1004 |
| 5608598 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5608601 | | U.S. Attorney, Middle District of Pa., 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | May 03 2024 18:32:00 | CSMC 2019-RPL7 Trust, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 5608586 | | Email/Text: ally@ebn.phinsolutions.com | May 03 2024 18:32:00 | Ally Financial, Inc, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 5611121 | | Email/PDF: resurgentbknotifications@resurgent.com | May 03 2024 18:43:06 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5608590 | | Email/Text: BKPT@cfna.com | May 03 2024 18:32:00 | CFNA, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 5610427 | + | Email/Text: RASEBN@raslg.com | May 03 2024 18:32:00 | CSMC 2019-RPL7 Trust, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 5608588 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 03 2024 18:43:10 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5611226 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 03 2024 18:43:10 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5608589 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 03 2024 18:43:06 | Capital One/Walmart, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5608592 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 03 2024 18:43:16 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, PO Box 790040, St Louis, MO 63179-0040 |
| 5608593 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 03 2024 18:32:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5608591 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 03 2024 18:43:16 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |
| 5608595 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 03 2024 18:32:00 | Mrc/united Wholesale M, Attn: Bankruptcy P. O. Box 619098, Dallas, TX 75261-9098 |
| 5608596 | | Email/Text: fesbank@attorneygeneral.gov | May 03 2024 18:32:00 | Pennsylvania Attorney General, 16th Floor, |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| 5608599 | + | Email/Text: BKEBN-Notifications@ocwen.com | May 03 2024 18:32:00 | PHH Mortgage Services, Attn: Bankruptcy 1 Mortgage Way Llc, Mount Laurel, NJ 08054-4624 |
| 5608597 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 03 2024 18:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 5608598 | ^ | MEBN | May 03 2024 18:30:51 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5608600 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 03 2024 18:32:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5608602 | ^ | MEBN | May 03 2024 18:30:35 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 5608603 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 03 2024 18:43:11 | Walmart Credit Services/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 05, 2024  Signature: /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael A. Cibik | on behalf of Debtor 1 Randy W. Polons help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| Robert Shearer | on behalf of Creditor CSMC 2019-RPL7 Trust rshearer@raslg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Randy W. Polons, | Chapter 13 |
| **Debtor 1** | Case No. 5:24−bk−00794−MJC |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: June 3, 2024<br><br>Time: 08:30 AM |

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 3, 2024 |

ntnew341 (09/23)