**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

In re:                                                      Case No. 5:24-bk-00794-MJC

    Randy W. Polons,                          Chapter 13

        Debtor.

**Order Granting Debtor's Motion to Extend Time**
**to File Schedules, Statements, and Other Documents**

Upon consideration of the Debtor's Motion to Extend Time to File Schedules, Statements, and Other Documents, Dkt. # 14 ("Motion"), with proper notice and good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor must file any and all documents required by 11 U.S.C. §521(a) and Fed. R. Bankr. P. 1007(b) on or before **May 15, 2024** or the case may be dismissed without further notice or hearing.

3. Any request for an extension of time must be filed prior to the expiration of the deadline stated in paragraph 2.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: May 9, 2024