Client ID: 0170QK17 - A RIFKIN CO  
Pay Group: ALL  
**CHECK HISTORY DETAIL (0170QK17)**  
A RIFKIN CO  
DBA: A RIFKIN CO  
**Report Date Range: By Pay Date**  
9/1/2023 - 4/30/2024

**RANDY POLONS**  
554 Trailwood Lake Road   Employee#: 141  
BEAR CREEK TOWNSHIP, PA 18702   Division:  
SSN: XXX-XX-9244   Department: 100

### Regular Check — Pay Date: 9/1/2023
- Period End: 8/26/2023
- Gross Pay: 472.50
- Net Pay: 339.74
- Voucher#: V103453215
- Check Amt: 0.00
- Run #: 380
- Direct Dep: 339.74

| Earnings Title | Hours | Dollars | Title | Dollars |
|---|---|---|---|---|
| Regular | 31.50 | 472.50 | | |

| Taxes Title | Dollars | Title | Dollars |
|---|---|---|---|
| SOC SEC EE | 25.69 | MED EE | 6.01 |
| FEDERAL WH | 14.81 | PENNSYLVANIA WH | 12.72 |
| BEAR CREEK TWP | 2.07 | PENNSYLVANIA SUI EE | 0.33 |
| HANOVER TWP LST (LUZERNE) | 1.00 | WILKES BARRE ASD (BEAR CREEK TWP) | 2.07 |

| Deductions Title | Dollars | Title | Dollars |
|---|---|---|---|
| Med Pre Tax | 56.81 | Vision Pre Tax | 1.25 |
| ARCO Loan | 10.00 | | |

Total Hours: 31.50   Total Earnings: 472.50   Total Taxes: 64.70   Total Deductions: 68.06

### Regular Check — Pay Date: 9/8/2023
- Period End: 9/2/2023
- Gross Pay: 350.00
- Net Pay: 243.92
- Voucher#: V103765695
- Check Amt: 0.00
- Run #: 381
- Direct Dep: 243.92

| Earnings Title | Hours | Dollars | Title | Dollars |
|---|---|---|---|---|
| Regular | 20.00 | 300.00 | REWARD DOLLARS | 50.00 |

| Taxes Title | Dollars | Title | Dollars |
|---|---|---|---|
| SOC SEC EE | 18.10 | MED EE | 4.23 |
| FEDERAL WH | 2.56 | PENNSYLVANIA WH | 8.96 |
| BEAR CREEK TWP | 1.46 | PENNSYLVANIA SUI EE | 0.25 |
| HANOVER TWP LST (LUZERNE) | 1.00 | WILKES BARRE ASD (BEAR CREEK TWP) | 1.46 |

| Deductions Title | Dollars | Title | Dollars |
|---|---|---|---|
| Med Pre Tax | 56.81 | Vision Pre Tax | 1.25 |
| ARCO Loan | 10.00 | | |

Total Hours: 20.00   Total Earnings: 350.00   Total Taxes: 38.02   Total Deductions: 68.06

### Regular Check — Pay Date: 9/15/2023
- Period End: 9/9/2023
- Gross Pay: 300.00
- Net Pay: 202.37
- Voucher#: V104050843
- Check Amt: 0.00
- Run #: 382
- Direct Dep: 202.37

| Earnings Title | Hours | Dollars |
|---|---|---|
| Regular | 12.00 | 180.00 |
| Holiday | 8.00 | 120.00 |

| Taxes Title | Dollars | Title | Dollars |
|---|---|---|---|
| SOC SEC EE | 15.00 | MED EE | 3.51 |
| FEDERAL WH | | PENNSYLVANIA WH | 7.43 |
| BEAR CREEK TWP | 1.21 | PENNSYLVANIA SUI EE | 0.21 |
| HANOVER TWP LST (LUZERNE) | 1.00 | WILKES BARRE ASD (BEAR CREEK TWP) | 1.21 |

| Deductions Title | Dollars | Title | Dollars |
|---|---|---|---|
| Med Pre Tax | 56.81 | Vision Pre Tax | 1.25 |
| ARCO Loan | 10.00 | | |

Total Hours: 20.00   Total Earnings: 300.00   Total Taxes: 29.57   Total Deductions: 68.06

### Regular Check — Pay Date: 9/22/2023
- Period End: 9/16/2023
- Gross Pay: 300.00
- Net Pay: 202.37
- Voucher#: V104370518
- Check Amt: 0.00
- Run #: 384
- Direct Dep: 202.37

| Earnings Title | Hours | Dollars |
|---|---|---|
| Regular | 20.00 | 300.00 |

| Taxes Title | Dollars | Title | Dollars |
|---|---|---|---|
| SOC SEC EE | 15.00 | MED EE | 3.51 |
| FEDERAL WH | | PENNSYLVANIA WH | 7.43 |
| BEAR CREEK TWP | 1.21 | PENNSYLVANIA SUI EE | 0.21 |
| HANOVER TWP LST (LUZERNE) | 1.00 | WILKES BARRE ASD (BEAR CREEK TWP) | 1.21 |

| Deductions Title | Dollars | Title | Dollars |
|---|---|---|---|
| Med Pre Tax | 56.81 | Vision Pre Tax | 1.25 |
| ARCO Loan | 10.00 | | |

Total Hours: 20.00   Total Earnings: 300.00   Total Taxes: 29.57   Total Deductions: 68.06

### Regular Check — Pay Date: 9/29/2023
- Period End: 9/23/2023
- Gross Pay: 300.00
- Net Pay: 202.37
- Voucher#: V104690839
- Check Amt: 0.00
- Run #: 385
- Direct Dep: 202.37

| Earnings Title | Hours | Dollars |
|---|---|---|
| Regular | 20.00 | 300.00 |

| Taxes Title | Dollars | Title | Dollars |
|---|---|---|---|
| SOC SEC EE | 15.00 | MED EE | 3.51 |
| FEDERAL WH | | PENNSYLVANIA WH | 7.43 |
| BEAR CREEK TWP | 1.21 | PENNSYLVANIA SUI EE | 0.21 |
| HANOVER TWP LST (LUZERNE) | 1.00 | WILKES BARRE ASD (BEAR CREEK TWP) | 1.21 |

| Deductions Title | Dollars | Title | Dollars |
|---|---|---|---|
| Med Pre Tax | 56.81 | Vision Pre Tax | 1.25 |
| ARCO Loan | 10.00 | | |

Total Hours: 20.00   Total Earnings: 300.00   Total Taxes: 29.57   Total Deductions: 68.06

Client ID: 0170QK17 - A RIFKIN CO
Pay Group: ALL

**CHECK HISTORY DETAIL (0170QK17)**
A RIFKIN CO
DBA: A RIFKIN CO

Report Date Range: By Pay Date
9/1/2023 - 4/30/2024

### Regular Check
| Field | Value | | Earnings | Hours | Amount | | Taxes | Amount | | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pay Date: | 10/6/2023 | Gross Pay: 350.00 | Regular | 20.00 | 300.00 | REWARD DOLLARS 50.00 | SOC SEC EE | 18.10 | MED EE 4.23 | Med Pre Tax | 56.81 | Vision Pre Tax 1.25 |
| Period End: | 9/30/2023 | Net Pay: 243.92 | | | | | FEDERAL WH | 2.56 | PENNSYLVANIA WH 8.96 | ARCO Loan | 10.00 |
| Voucher#: | V105000334 | Check Amt: 0.00 | | | | | BEAR CREEK TWP | 1.46 | PENNSYLVANIA SUI EE 0.25 | | |
| Run #: | 386 | Direct Dep: 243.92 | | | | | HANOVER TWP LST (LUZERNE) | 1.00 | WILKES BARRE ASD (BEAR CREEK TWP) 1.46 | | |

Total Hours: 20.00 | Total Earnings: 350.00 | Total Taxes: 38.02 | Total Deductions: 68.06

### Regular Check
| Field | Value | | Earnings | Hours | Amount | Taxes | Amount | | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Pay Date: | 10/13/2023 | Gross Pay: 300.00 | Regular | 20.00 | 300.00 | SOC SEC EE | 15.00 | MED EE 3.51 | Med Pre Tax | 56.81 | Vision Pre Tax 1.25 |
| Period End: | 10/7/2023 | Net Pay: 202.37 | | | | FEDERAL WH | | PENNSYLVANIA WH 7.43 | ARCO Loan | 10.00 |
| Voucher#: | V105315342 | Check Amt: 0.00 | | | | BEAR CREEK TWP | 1.21 | PENNSYLVANIA SUI EE 0.21 | | |
| Run #: | 387 | Direct Dep: 202.37 | | | | HANOVER TWP LST (LUZERNE) | 1.00 | WILKES BARRE ASD (BEAR CREEK TWP) 1.21 | | |

Total Hours: 20.00 | Total Earnings: 300.00 | Total Taxes: 29.57 | Total Deductions: 68.06

### Regular Check
| Field | Value | | Earnings | Hours | Amount | Taxes | Amount | | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Pay Date: | 10/20/2023 | Gross Pay: 300.00 | Regular | 12.00 | 180.00 | SOC SEC EE | 15.00 | MED EE 3.51 | Med Pre Tax | 56.81 | Vision Pre Tax 1.25 |
| Period End: | 10/14/2023 | Net Pay: 202.37 | Vacation | 8.00 | 120.00 | FEDERAL WH | | PENNSYLVANIA WH 7.43 | ARCO Loan | 10.00 |
| Voucher#: | V105609789 | Check Amt: 0.00 | | | | BEAR CREEK TWP | 1.21 | PENNSYLVANIA SUI EE 0.21 | | |
| Run #: | 388 | Direct Dep: 202.37 | | | | HANOVER TWP LST (LUZERNE) | 1.00 | WILKES BARRE ASD (BEAR CREEK TWP) 1.21 | | |

Total Hours: 20.00 | Total Earnings: 300.00 | Total Taxes: 29.57 | Total Deductions: 68.06

### Regular Check
| Field | Value | | Earnings | Hours | Amount | Taxes | Amount | | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Pay Date: | 10/27/2023 | Gross Pay: 300.00 | Regular | 20.00 | 300.00 | SOC SEC EE | 15.00 | MED EE 3.50 | Med Pre Tax | 56.81 | Vision Pre Tax 1.25 |
| Period End: | 10/21/2023 | Net Pay: 212.38 | | | | FEDERAL WH | | PENNSYLVANIA WH 7.43 | | |
| Voucher#: | V105914773 | Check Amt: 0.00 | | | | BEAR CREEK TWP | 1.21 | PENNSYLVANIA SUI EE 0.21 | | |
| Run #: | 389 | Direct Dep: 212.38 | | | | HANOVER TWP LST (LUZERNE) | 1.00 | WILKES BARRE ASD (BEAR CREEK TWP) 1.21 | | |

Total Hours: 20.00 | Total Earnings: 300.00 | Total Taxes: 29.56 | Total Deductions: 58.06

### Regular Check
| Field | Value | | Earnings | Hours | Amount | Taxes | Amount | | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Pay Date: | 11/3/2023 | Gross Pay: 360.00 | Regular | 24.00 | 360.00 | SOC SEC EE | 18.72 | MED EE 4.38 | Med Pre Tax | 56.81 | Vision Pre Tax 1.25 |
| Period End: | 10/28/2023 | Net Pay: 261.74 | | | | FEDERAL WH | 3.56 | PENNSYLVANIA WH 9.27 | | |
| Voucher#: | V106204172 | Check Amt: 0.00 | | | | BEAR CREEK TWP | 1.51 | PENNSYLVANIA SUI EE 0.25 | | |
| Run #: | 390 | Direct Dep: 261.74 | | | | HANOVER TWP LST (LUZERNE) | 1.00 | WILKES BARRE ASD (BEAR CREEK TWP) 1.51 | | |

Total Hours: 24.00 | Total Earnings: 360.00 | Total Taxes: 40.20 | Total Deductions: 58.06

Client ID: 0170QK17 - A RIFKIN CO  
Pay Group: ALL

CHECK HISTORY DETAIL (0170QK17)  
A RIFKIN CO  
DBA: A RIFKIN CO

Report Date Range: By Pay Date  
9/1/2023 - 4/30/2024

| | | | Earnings | | | | Taxes | | | | Deductions | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Regular Check** | | | Regular | 20.00 | 300.00 | REWARD DOLLARS | 50.00 | SOC SEC EE | 18.11 | MED EE | 4.24 | Med Pre Tax | 56.81 | Vision Pre Tax | 1.25 |
| Pay Date: 11/10/2023 | Gross Pay: | 350.00 | | | | | | FEDERAL WH | 2.56 | PENNSYLVANIA WH | 8.96 | ARCO Loan | 10.00 | | |
| Period End: 11/4/2023 | Net Pay: | 243.90 | | | | | | BEAR CREEK TWP | 1.46 | PENNSYLVANIA SUI EE | 0.25 | | | | |
| Voucher#: V106524002 | Check Amt: | 0.00 | | | | | | HANOVER TWP LST (LUZERNE) | 1.00 | WILKES BARRE ASD (BEAR CREEK TWP) | 1.46 | | | | |
| Run #: 391 | Direct Dep: | 243.90 | | | | | | | | | | | | | |
| | | | **Total Hours: 20.00** | | **Total Earnings: 350.00** | | | **Total Taxes: 38.04** | | | | **Total Deductions: 68.06** | | | |
| **Regular Check** | | | Regular | 20.00 | 300.00 | | | SOC SEC EE | 15.00 | MED EE | 3.50 | Med Pre Tax | 56.81 | Vision Pre Tax | 1.25 |
| Pay Date: 11/17/2023 | Gross Pay: | 300.00 | | | | | | FEDERAL WH | | PENNSYLVANIA WH | 7.43 | ARCO Loan | 10.00 | | |
| Period End: 11/11/2023 | Net Pay: | 202.38 | | | | | | BEAR CREEK TWP | 1.21 | PENNSYLVANIA SUI EE | 0.21 | | | | |
| Voucher#: V106819608 | Check Amt: | 0.00 | | | | | | HANOVER TWP LST (LUZERNE) | 1.00 | WILKES BARRE ASD (BEAR CREEK TWP) | 1.21 | | | | |
| Run #: 392 | Direct Dep: | 202.38 | | | | | | | | | | | | | |
| | | | **Total Hours: 20.00** | | **Total Earnings: 300.00** | | | **Total Taxes: 29.56** | | | | **Total Deductions: 68.06** | | | |
| **Regular Check** | | | Regular | 20.00 | 300.00 | | | SOC SEC EE | 15.00 | MED EE | 3.51 | Med Pre Tax | 56.81 | Vision Pre Tax | 1.25 |
| Pay Date: 11/24/2023 | Gross Pay: | 300.00 | | | | | | FEDERAL WH | | PENNSYLVANIA WH | 7.43 | ARCO Loan | 10.00 | | |
| Period End: 11/18/2023 | Net Pay: | 202.37 | | | | | | BEAR CREEK TWP | 1.21 | PENNSYLVANIA SUI EE | 0.21 | | | | |
| Voucher#: V107195890 | Check Amt: | 0.00 | | | | | | HANOVER TWP LST (LUZERNE) | 1.00 | WILKES BARRE ASD (BEAR CREEK TWP) | 1.21 | | | | |
| Run #: 393 | Direct Dep: | 202.37 | | | | | | | | | | | | | |
| | | | **Total Hours: 20.00** | | **Total Earnings: 300.00** | | | **Total Taxes: 29.57** | | | | **Total Deductions: 68.06** | | | |
| **Regular Check** | | | Regular | 4.00 | 60.00 | | | SOC SEC EE | 15.00 | MED EE | 3.51 | Med Pre Tax | 56.81 | Vision Pre Tax | 1.25 |
| Pay Date: 12/1/2023 | Gross Pay: | 300.00 | Holiday | 16.00 | 240.00 | | | FEDERAL WH | | PENNSYLVANIA WH | 7.43 | ARCO Loan | 10.00 | | |
| Period End: 11/25/2023 | Net Pay: | 202.37 | | | | | | BEAR CREEK TWP | 1.21 | PENNSYLVANIA SUI EE | 0.21 | | | | |
| Voucher#: V107460315 | Check Amt: | 0.00 | | | | | | HANOVER TWP LST (LUZERNE) | 1.00 | WILKES BARRE ASD (BEAR CREEK TWP) | 1.21 | | | | |
| Run #: 394 | Direct Dep: | 202.37 | | | | | | | | | | | | | |
| | | | **Total Hours: 20.00** | | **Total Earnings: 300.00** | | | **Total Taxes: 29.57** | | | | **Total Deductions: 68.06** | | | |
| **Regular Check** | | | Regular | 20.00 | 300.00 | REWARD DOLLARS | 50.00 | SOC SEC EE | 18.10 | MED EE | 4.23 | Med Pre Tax | 56.81 | Vision Pre Tax | 1.25 |
| Pay Date: 12/8/2023 | Gross Pay: | 350.00 | | | | | | FEDERAL WH | 2.56 | PENNSYLVANIA WH | 8.96 | ARCO Loan | 10.00 | | |
| Period End: 12/2/2023 | Net Pay: | 243.92 | | | | | | BEAR CREEK TWP | 1.46 | PENNSYLVANIA SUI EE | 0.25 | | | | |
| Voucher#: V107857723 | Check Amt: | 0.00 | | | | | | HANOVER TWP LST (LUZERNE) | 1.00 | WILKES BARRE ASD (BEAR CREEK TWP) | 1.46 | | | | |
| Run #: 395 | Direct Dep: | 243.92 | | | | | | | | | | | | | |
| | | | **Total Hours: 20.00** | | **Total Earnings: 350.00** | | | **Total Taxes: 38.02** | | | | **Total Deductions: 68.06** | | | |

Client ID: 0170QK17 - A RIFKIN CO  
Pay Group: ALL  
CHECK HISTORY DETAIL (0170QK17)  
A RIFKIN CO  
DBA: A RIFKIN CO  
Report Date Range: By Pay Date  
9/1/2023 - 4/30/2024

### Regular Check
| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Pay Date: 12/15/2023 | Gross Pay: 420.00 | Regular | 20.00 | 300.00 | | | SOC SEC EE | 22.44 | MED EE | 5.25 | Med Pre Tax 56.81 | Vision Pre Tax 1.25 |
| Period End: 12/9/2023 | Net Pay: 298.67 | Bereavement | 8.00 | 120.00 | | | FEDERAL WH | 9.56 | PENNSYLVANIA WH | 11.11 | ARCO Loan 10.00 | |
| Voucher#: V108146031 | Check Amt: 0.00 | | | | | | BEAR CREEK TWP | 1.81 | PENNSYLVANIA SUI EE | 0.29 | | |
| Run #: 396 | Direct Dep: 298.67 | | | | | | HANOVER TWP LST (LUZERNE) | 1.00 | WILKES BARRE ASD (BEAR CREEK TWP) | 1.81 | | |

Total Hours: 28.00  Total Earnings: 420.00  Total Taxes: 53.27  Total Deductions: 68.06

### Regular Check
| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Pay Date: 12/22/2023 | Gross Pay: 300.00 | Regular | 20.00 | 300.00 | | | SOC SEC EE | 15.00 | MED EE | 3.51 | Med Pre Tax 56.81 | Vision Pre Tax 1.25 |
| Period End: 12/16/2023 | Net Pay: 202.37 | | | | | | FEDERAL WH | | PENNSYLVANIA WH | 7.43 | ARCO Loan 10.00 | |
| Voucher#: V108472751 | Check Amt: 0.00 | | | | | | BEAR CREEK TWP | 1.21 | PENNSYLVANIA SUI EE | 0.21 | | |
| Run #: 397 | Direct Dep: 202.37 | | | | | | HANOVER TWP LST (LUZERNE) | 1.00 | WILKES BARRE ASD (BEAR CREEK TWP) | 1.21 | | |

Total Hours: 20.00  Total Earnings: 300.00  Total Taxes: 29.57  Total Deductions: 68.06

### Regular Check
| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Pay Date: 12/29/2023 | Gross Pay: 300.00 | Regular | 16.00 | 240.00 | | | SOC SEC EE | 15.00 | MED EE | 3.51 | Med Pre Tax 56.81 | Vision Pre Tax 1.25 |
| Period End: 12/23/2023 | Net Pay: 202.37 | Holiday | 4.00 | 60.00 | | | FEDERAL WH | | PENNSYLVANIA WH | 7.43 | ARCO Loan 10.00 | |
| Voucher#: V108806901 | Check Amt: 0.00 | | | | | | BEAR CREEK TWP | 1.21 | PENNSYLVANIA SUI EE | 0.21 | | |
| Run #: 398 | Direct Dep: 202.37 | | | | | | HANOVER TWP LST (LUZERNE) | 1.00 | WILKES BARRE ASD (BEAR CREEK TWP) | 1.21 | | |

Total Hours: 20.00  Total Earnings: 300.00  Total Taxes: 29.57  Total Deductions: 68.06

### Regular Check
| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Pay Date: 1/5/2024 | Gross Pay: 650.00 | Vacation | 32.00 | 480.00 | REWARD DOLLARS | 50.00 | SOC SEC EE | 36.70 | MED EE | 8.58 | Med Pre Tax 56.81 | Vision Pre Tax 1.25 |
| Period End: 12/30/2023 | Net Pay: 476.27 | Holiday | 8.00 | 120.00 | | | FEDERAL WH | 34.84 | PENNSYLVANIA WH | 18.17 | ARCO Loan 10.00 | |
| Voucher#: V109135485 | Check Amt: 0.00 | | | | | | BEAR CREEK TWP | 2.96 | PENNSYLVANIA SUI EE | 0.46 | | |
| Run #: 399 | Direct Dep: 476.27 | | | | | | HANOVER TWP LST (LUZERNE) | 1.00 | WILKES BARRE ASD (BEAR CREEK TWP) | 2.96 | | |

Total Hours: 40.00  Total Earnings: 650.00  Total Taxes: 105.67  Total Deductions: 68.06

### Regular Check
| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Pay Date: 1/12/2024 | Gross Pay: 318.94 | Regular | 12.25 | 192.94 | | | SOC SEC EE | 16.17 | MED EE | 3.79 | Med Pre Tax 56.81 | Vision Pre Tax 1.25 |
| Period End: 1/6/2024 | Net Pay: 219.09 | Holiday | 8.00 | 126.00 | | | FEDERAL WH | | PENNSYLVANIA WH | 8.01 | ARCO Loan 10.00 | |
| Voucher#: V109422616 | Check Amt: 0.00 | | | | | | BEAR CREEK TWP | 1.30 | PENNSYLVANIA SUI EE | 0.22 | | |
| Run #: 400 | Direct Dep: 219.09 | | | | | | HANOVER TWP LST (LUZERNE) | 1.00 | WILKES BARRE ASD (BEAR CREEK TWP) | 1.30 | | |

Total Hours: 20.25  Total Earnings: 318.94  Total Taxes: 31.79  Total Deductions: 68.06

### Regular Check
| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Pay Date: 1/19/2024 | Gross Pay: 315.00 | Regular | 20.00 | 315.00 | | | SOC SEC EE | 15.94 | MED EE | 3.72 | Med Pre Tax 56.81 | Vision Pre Tax 1.25 |
| Period End: 1/13/2024 | Net Pay: 215.61 | | | | | | FEDERAL WH | | PENNSYLVANIA WH | 7.89 | ARCO Loan 10.00 | |
| Voucher#: V109702826 | Check Amt: 0.00 | | | | | | BEAR CREEK TWP | 1.28 | PENNSYLVANIA SUI EE | 0.22 | | |
| Run #: 401 | Direct Dep: 215.61 | | | | | | HANOVER TWP LST (LUZERNE) | 1.00 | WILKES BARRE ASD (BEAR CREEK TWP) | 1.28 | | |

Total Hours: 20.00  Total Earnings: 315.00  Total Taxes: 31.33  Total Deductions: 68.06

Client ID: 0170QK17 - A RIFKIN CO
Pay Group: ALL

CHECK HISTORY DETAIL (0170QK17)
A RIFKIN CO
DBA: A RIFKIN CO

Report Date Range: By Pay Date
9/1/2023 - 4/30/2024

| | Regular Check | | | Regular | 31.50 | 535.50 | | SOC SEC EE | 38.03 | MED EE | 8.90 | Med Pre Tax | 56.81 | Vision Pre Tax | 1.25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pay Date: | 1/26/2024 | Gross Pay: | 671.50 | Vacation | 8.00 | 136.00 | | FEDERAL WH | 37.42 | PENNSYLVANIA WH | 18.83 | ARCO Loan | 10.00 | | |
| Period End: | 1/20/2024 | Net Pay: | 492.65 | | | | | BEAR CREEK TWP | 3.07 | PENNSYLVANIA SUI EE | 0.47 | | | | |
| Voucher#: | V109974861 | Check Amt: | 0.00 | | | | | HANOVER TWP LST (LUZERNE) | 1.00 | WILKES BARRE ASD (BEAR CREEK TWP) | 3.07 | | | | |
| Run #: | 402 | Direct Dep: | 492.65 | | | | | | | | | | | | |
| | | | | Total Hours: 39.50 | | | Total Earnings: 671.50 | | Total Taxes: 110.79 | | | Total Deductions: 68.06 | | | |
| | Regular Check | | | Regular | 40.00 | 680.00 | | SOC SEC EE | 38.56 | MED EE | 9.01 | Med Pre Tax | 56.81 | Vision Pre Tax | 1.25 |
| Pay Date: | 2/2/2024 | Gross Pay: | 680.00 | | | | | FEDERAL WH | 38.44 | PENNSYLVANIA WH | 19.09 | ARCO Loan | 10.00 | | |
| Period End: | 1/27/2024 | Net Pay: | 499.14 | | | | | BEAR CREEK TWP | 3.11 | PENNSYLVANIA SUI EE | 0.48 | | | | |
| Voucher#: | V110276600 | Check Amt: | 0.00 | | | | | HANOVER TWP LST (LUZERNE) | 1.00 | WILKES BARRE ASD (BEAR CREEK TWP) | 3.11 | | | | |
| Run #: | 403 | Direct Dep: | 499.14 | | | | | | | | | | | | |
| | | | | Total Hours: 40.00 | | | Total Earnings: 680.00 | | Total Taxes: 112.80 | | | Total Deductions: 68.06 | | | |
| | Regular Check | | | Regular | 40.00 | 680.00 | REWARD DOLLARS 35.00 | SOC SEC EE | 40.73 | MED EE | 9.53 | Med Pre Tax | 56.81 | Vision Pre Tax | 1.25 |
| Pay Date: | 2/9/2024 | Gross Pay: | 715.00 | | | | | FEDERAL WH | 40.68 | PENNSYLVANIA WH | 20.17 | ARCO Loan | 10.00 | | |
| Period End: | 2/3/2024 | Net Pay: | 527.77 | | | | | BEAR CREEK TWP | 3.28 | PENNSYLVANIA SUI EE | 0.50 | | | | |
| Voucher#: | V110619470 | Check Amt: | 0.00 | | | | | HANOVER TWP LST (LUZERNE) | 1.00 | WILKES BARRE ASD (BEAR CREEK TWP) | 3.28 | | | | |
| Run #: | 404 | Direct Dep: | 527.77 | | | | | | | | | | | | |
| | | | | Total Hours: 40.00 | | | Total Earnings: 715.00 | | Total Taxes: 119.17 | | | Total Deductions: 68.06 | | | |
| | Regular Check | | | Regular | 40.00 | 680.00 | | SOC SEC EE | 38.56 | MED EE | 9.02 | Med Pre Tax | 56.81 | Vision Pre Tax | 1.25 |
| Pay Date: | 2/16/2024 | Gross Pay: | 680.00 | | | | | FEDERAL WH | 36.48 | PENNSYLVANIA WH | 19.09 | ARCO Loan | 10.00 | | |
| Period End: | 2/10/2024 | Net Pay: | 501.09 | | | | | BEAR CREEK TWP | 3.11 | PENNSYLVANIA SUI EE | 0.48 | | | | |
| Voucher#: | V110907116 | Check Amt: | 0.00 | | | | | HANOVER TWP LST (LUZERNE) | 1.00 | WILKES BARRE ASD (BEAR CREEK TWP) | 3.11 | | | | |
| Run #: | 405 | Direct Dep: | 501.09 | | | | | | | | | | | | |
| | | | | Total Hours: 40.00 | | | Total Earnings: 680.00 | | Total Taxes: 110.85 | | | Total Deductions: 68.06 | | | |
| | Regular Check | | | Regular | 31.50 | 535.50 | | SOC SEC EE | 38.03 | MED EE | 8.89 | Med Pre Tax | 56.81 | Vision Pre Tax | 1.25 |
| Pay Date: | 2/23/2024 | Gross Pay: | 671.50 | Personal | 8.00 | 136.00 | | FEDERAL WH | 35.46 | PENNSYLVANIA WH | 18.83 | ARCO Loan | 10.00 | | |
| Period End: | 2/17/2024 | Net Pay: | 494.62 | | | | | BEAR CREEK TWP | 3.07 | PENNSYLVANIA SUI EE | 0.47 | | | | |
| Voucher#: | V111184369 | Check Amt: | 0.00 | | | | | HANOVER TWP LST (LUZERNE) | 1.00 | WILKES BARRE ASD (BEAR CREEK TWP) | 3.07 | | | | |
| Run #: | 406 | Direct Dep: | 494.62 | | | | | | | | | | | | |
| | | | | Total Hours: 39.50 | | | Total Earnings: 671.50 | | Total Taxes: 108.82 | | | Total Deductions: 68.06 | | | |
| | Regular Check | | | Regular | 40.00 | 680.00 | | SOC SEC EE | 38.56 | MED EE | 9.02 | Med Pre Tax | 56.81 | Vision Pre Tax | 1.25 |
| Pay Date: | 3/1/2024 | Gross Pay: | 680.00 | | | | | FEDERAL WH | 36.48 | PENNSYLVANIA WH | 19.09 | ARCO Loan | 10.00 | | |
| Period End: | 2/24/2024 | Net Pay: | 501.09 | | | | | BEAR CREEK TWP | 3.11 | PENNSYLVANIA SUI EE | 0.48 | | | | |
| Voucher#: | V111501929 | Check Amt: | 0.00 | | | | | HANOVER TWP LST (LUZERNE) | 1.00 | WILKES BARRE ASD (BEAR CREEK TWP) | 3.11 | | | | |
| Run #: | 407 | Direct Dep: | 501.09 | | | | | | | | | | | | |
| | | | | Total Hours: 40.00 | | | Total Earnings: 680.00 | | Total Taxes: 110.85 | | | Total Deductions: 68.06 | | | |

Heartland
CHECK HISTORY DETAIL (0170QK17)
Page 5 of 8
Created on: 5/3/2024 9:53:55 AM
Case 5:24-bk-00794-MJC    Doc 21    Filed 05/15/24    Entered 05/15/24 14:02:50    Desc
Main Document    Page 5 of 8

Client ID: 0170QK17 - A RIFKIN CO
Pay Group: ALL

CHECK HISTORY DETAIL (0170QK17)
A RIFKIN CO
DBA: A RIFKIN CO

Report Date Range: By Pay Date
9/1/2023 - 4/30/2024

## Regular Check

| Field | Value | Earning | Hours | Amount | | | Tax | Amount | Tax | Amount | Deduction | Amount | Deduction | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pay Date: | 3/8/2024 | Regular | 40.00 | 680.00 | REWARD DOLLARS | 35.00 | SOC SEC EE | 40.73 | MED EE | 9.53 | Med Pre Tax | 56.81 | Vision Pre Tax | 1.25 |
| Gross Pay: | 715.00 | | | | | | FEDERAL WH | 40.68 | PENNSYLVANIA WH | 20.17 | ARCO Loan | 10.00 | | |
| Period End: | 3/2/2024 | | | | | | BEAR CREEK TWP | 3.28 | PENNSYLVANIA SUI EE | 0.50 | | | | |
| Net Pay: | 527.77 | | | | | | HANOVER TWP LST (LUZERNE) | 1.00 | WILKES BARRE ASD (BEAR CREEK TWP) | 3.28 | | | | |
| Voucher#: | V111839099 | | | | | | | | | | | | | |
| Check Amt: | 0.00 | | | | | | | | | | | | | |
| Run #: | 408 | | | | | | | | | | | | | |
| Direct Dep: | 527.77 | | | | | | | | | | | | | |

**Total Hours: 40.00  Total Earnings: 715.00  Total Taxes: 119.17  Total Deductions: 68.06**

## Regular Check

| Field | Value | Earning | Hours | Amount | Tax | Amount | Tax | Amount | Deduction | Amount | Deduction | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pay Date: | 3/15/2024 | Regular | 8.50 | 144.50 | SOC SEC EE | 22.23 | MED EE | 5.19 | Med Pre Tax | 56.81 | Vision Pre Tax | 1.25 |
| Gross Pay: | 416.50 | Vacation | 16.00 | 272.00 | FEDERAL WH | 7.77 | PENNSYLVANIA WH | 11.00 | ARCO Loan | 10.00 | | |
| Period End: | 3/9/2024 | | | | BEAR CREEK TWP | 1.79 | PENNSYLVANIA SUI EE | 0.29 | | | | |
| Net Pay: | 297.38 | | | | HANOVER TWP LST (LUZERNE) | 1.00 | WILKES BARRE ASD (BEAR CREEK TWP) | 1.79 | | | | |
| Voucher#: | V112095870 | | | | | | | | | | | |
| Check Amt: | 0.00 | | | | | | | | | | | |
| Run #: | 409 | | | | | | | | | | | |
| Direct Dep: | 297.38 | | | | | | | | | | | |

**Total Hours: 24.50  Total Earnings: 416.50  Total Taxes: 51.06  Total Deductions: 68.06**

## Regular Check

| Field | Value | Earning | Hours | Amount | Tax | Amount | Tax | Amount | Deduction | Amount | Deduction | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pay Date: | 3/22/2024 | Regular | 40.00 | 680.00 | SOC SEC EE | 38.56 | MED EE | 9.02 | Med Pre Tax | 56.81 | Vision Pre Tax | 1.25 |
| Gross Pay: | 680.00 | | | | FEDERAL WH | 36.48 | PENNSYLVANIA WH | 19.09 | ARCO Loan | 10.00 | | |
| Period End: | 3/16/2024 | | | | BEAR CREEK TWP | 3.11 | PENNSYLVANIA SUI EE | 0.48 | | | | |
| Net Pay: | 501.09 | | | | HANOVER TWP LST (LUZERNE) | 1.00 | WILKES BARRE ASD (BEAR CREEK TWP) | 3.11 | | | | |
| Voucher#: | V112419359 | | | | | | | | | | | |
| Check Amt: | 0.00 | | | | | | | | | | | |
| Run #: | 410 | | | | | | | | | | | |
| Direct Dep: | 501.09 | | | | | | | | | | | |

**Total Hours: 40.00  Total Earnings: 680.00  Total Taxes: 110.85  Total Deductions: 68.06**

## Regular Check

| Field | Value | Earning | Hours | Amount | Tax | Amount | Tax | Amount | Deduction | Amount | Deduction | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pay Date: | 3/29/2024 | Regular | 40.00 | 680.00 | SOC SEC EE | 38.56 | MED EE | 9.02 | Med Pre Tax | 56.81 | Vision Pre Tax | 1.25 |
| Gross Pay: | 680.00 | | | | FEDERAL WH | 36.48 | PENNSYLVANIA WH | 19.09 | ARCO Loan | 10.00 | | |
| Period End: | 3/23/2024 | | | | BEAR CREEK TWP | 3.11 | PENNSYLVANIA SUI EE | 0.48 | | | | |
| Net Pay: | 501.09 | | | | HANOVER TWP LST (LUZERNE) | 1.00 | WILKES BARRE ASD (BEAR CREEK TWP) | 3.11 | | | | |
| Voucher#: | V112729157 | | | | | | | | | | | |
| Check Amt: | 0.00 | | | | | | | | | | | |
| Run #: | 411 | | | | | | | | | | | |
| Direct Dep: | 501.09 | | | | | | | | | | | |

**Total Hours: 40.00  Total Earnings: 680.00  Total Taxes: 110.85  Total Deductions: 68.06**

## Regular Check

| Field | Value | Earning | Hours | Amount | | | Tax | Amount | Tax | Amount | Deduction | Amount | Deduction | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pay Date: | 4/5/2024 | Regular | 24.00 | 408.00 | REWARD DOLLARS | 35.00 | SOC SEC EE | 32.30 | MED EE | 7.55 | Med Pre Tax | 56.81 | Vision Pre Tax | 1.25 |
| Gross Pay: | 579.00 | Holiday | 8.00 | 136.00 | | | FEDERAL WH | 24.36 | PENNSYLVANIA WH | 15.99 | ARCO Loan | 10.00 | | |
| Period End: | 3/30/2024 | | | | | | BEAR CREEK TWP | 2.60 | PENNSYLVANIA SUI EE | 0.41 | | | | |
| Net Pay: | 424.13 | | | | | | HANOVER TWP LST (LUZERNE) | 1.00 | WILKES BARRE ASD (BEAR CREEK TWP) | 2.60 | | | | |
| Voucher#: | V113014749 | | | | | | | | | | | | | |
| Check Amt: | 0.00 | | | | | | | | | | | | | |
| Run #: | 412 | | | | | | | | | | | | | |
| Direct Dep: | 424.13 | | | | | | | | | | | | | |

**Total Hours: 32.00  Total Earnings: 579.00  Total Taxes: 86.81  Total Deductions: 68.06**

Heartland
Case 5:24-bk-00794-MJC  Doc 21  Filed 05/15/24  Entered 05/15/24 14:02:50  Desc
Main Document  Page 6 of 8
CHECK HISTORY DETAIL (0170QK17)
Page 6 of 8
Created on: 5/3/2024 9:53:55 AM

Client ID: 0170QK17 - A RIFKIN CO  
Pay Group: ALL  
**CHECK HISTORY DETAIL (0170QK17)**  
A RIFKIN CO  
DBA: A RIFKIN CO  
Report Date Range: By Pay Date  
9/1/2023 - 4/30/2024

### Regular Check
| | | | | | | |
|---|---|---|---|---|---|---|
| Pay Date: 4/12/2024 | Gross Pay: 595.00 | Regular 27.00 459.00 | | SOC SEC EE 33.29 | MED EE 7.79 | Med Pre Tax 56.81 | Vision Pre Tax 1.25 |
| Period End: 4/6/2024 | Net Pay: 436.32 | Holiday 8.00 136.00 | | FEDERAL WH 26.28 | PENNSYLVANIA WH 16.48 | ARCO Loan 10.00 | |
| Voucher#: V113309029 | Check Amt: 0.00 | | | BEAR CREEK TWP 2.68 | PENNSYLVANIA SUI EE 0.42 | | |
| Run #: 413 | Direct Dep: 436.32 | | | HANOVER TWP LST (LUZERNE) 1.00 | WILKES BARRE ASD (BEAR CREEK TWP) 2.68 | | |

**Total Hours: 35.00**    **Total Earnings: 595.00**    **Total Taxes: 90.62**    **Total Deductions: 68.06**

### Regular Check
| | | | | | | |
|---|---|---|---|---|---|---|
| Pay Date: 4/19/2024 | Gross Pay: 686.37 | Regular 40.00 680.00 | | SOC SEC EE 38.95 | MED EE 9.11 | Med Pre Tax 56.81 | Vision Pre Tax 1.25 |
| Period End: 4/13/2024 | Net Pay: 505.96 | Overtime 0.25 6.37 | | FEDERAL WH 37.24 | PENNSYLVANIA WH 19.29 | ARCO Loan 10.00 | |
| Voucher#: V113624763 | Check Amt: 0.00 | | | BEAR CREEK TWP 3.14 | PENNSYLVANIA SUI EE 0.48 | | |
| Run #: 414 | Direct Dep: 505.96 | | | HANOVER TWP LST (LUZERNE) 1.00 | WILKES BARRE ASD (BEAR CREEK TWP) 3.14 | | |

**Total Hours: 40.25**    **Total Earnings: 686.37**    **Total Taxes: 112.35**    **Total Deductions: 68.06**

### Regular Check
| | | | | | | |
|---|---|---|---|---|---|---|
| Pay Date: 4/26/2024 | Gross Pay: 680.00 | Regular 40.00 680.00 | | SOC SEC EE 38.56 | MED EE 9.02 | Med Pre Tax 56.81 | Vision Pre Tax 1.25 |
| Period End: 4/20/2024 | Net Pay: 501.09 | | | FEDERAL WH 36.48 | PENNSYLVANIA WH 19.09 | ARCO Loan 10.00 | |
| Voucher#: V113888598 | Check Amt: 0.00 | | | BEAR CREEK TWP 3.11 | PENNSYLVANIA SUI EE 0.48 | | |
| Run #: 415 | Direct Dep: 501.09 | | | HANOVER TWP LST (LUZERNE) 1.00 | WILKES BARRE ASD (BEAR CREEK TWP) 3.11 | | |

**Total Hours: 40.00**    **Total Earnings: 680.00**    **Total Taxes: 110.85**    **Total Deductions: 68.06**

### EMPLOYEE TOTAL: 9/1/2023 - 4/30/2024
Gross Pay: 16,366.31    Net Pay: 11,734.06

| Earnings | Hours | Amount | | Taxes | | Deductions | |
|---|---|---|---|---|---|---|---|
| Regular | 854.25 | 13,802.94 | REWARD DOLLARS 355.00 | SOC SEC EE 888.72 | FEDERAL WH 543.74 | Med Pre Tax 1,988.35 | Vision Pre Tax 43.75 |
| Overtime | 0.25 | 6.37 | | MED EE 207.85 | PENNSYLVANIA WH 440.04 | ARCO Loan 330.00 | |
| Vacation | 64.00 | 1,008.00 | | BEAR CREEK TWP 71.65 | HANOVER TWP LST (LUZERNE) 35.00 | | |
| Holiday | 60.00 | 938.00 | | PENNSYLVANIA SUI EE 11.50 | WILKES BARRE ASD (BEAR CREEK TWP) 71.65 | | |
| Personal | 8.00 | 136.00 | | | | | |
| Bereavement | 8.00 | 120.00 | | | | | |

**Total Hours: 994.50**    **Total Earnings: 16,366.31**    **Total Taxes: 2,270.15**    **Total Deductions: 2,362.10**

*Memo Calculation (not included in totals)    **Reimbursement (not included in totals)

Heartland    CHECK HISTORY DETAIL (0170QK17)    Page 7 of 8    Created on: 5/3/2024 9:53:55 AM  
Case 5:24-bk-00794-MJC   Doc 21   Filed 05/15/24   Entered 05/15/24 14:02:50   Desc  
Main Document    Page 7 of 8

## Report Totals

**9/1/2023 - 4/30/2024**

Gross Pay: 16,366.31    Net Pay: 11,734.06

### Earnings

| Title | Hours | Dollars | Title | Dollars |
|---|---|---|---|---|
| Regular | 854.25 | 13,802.94 | REWARD DOLLARS | 355.00 |
| Overtime | 0.25 | 6.37 | | |
| Vacation | 64.00 | 1,008.00 | | |
| Holiday | 60.00 | 938.00 | | |
| Personal | 8.00 | 136.00 | | |
| Bereavement | 8.00 | 120.00 | | |
| **Total Hours: 994.50** | | | **Total Earnings: 16,366.31** | |

### Taxes

| Title | Dollars | Title | Dollars |
|---|---|---|---|
| SOC SEC EE | 888.72 | FEDERAL WH | 543.74 |
| MED EE | 207.85 | PENNSYLVANIA WH | 440.04 |
| BEAR CREEK TWP | 71.65 | HANOVER TWP LST (LUZERNE) | 35.00 |
| PENNSYLVANIA SUI EE | 11.50 | WILKES BARRE ASD (BEAR CREEK TWP) | 71.65 |
| **Total Taxes: 2,270.15** | | | |

### Deductions

| Title | Dollars | Title | Dollars |
|---|---|---|---|
| Med Pre Tax | 1,988.35 | Vision Pre Tax | 43.75 |
| ARCO Loan | 330.00 | | |
| **Total Deductions: 2,362.10** | | | |

*Memo Calculation (not included in totals)   **Reimbursement (not included in totals)