UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:  

    Randy W. Polons,

        Debtor.

Case No. 24-00794

Chapter 13

## ORDER DIRECTING EMPLOYER
## TO MAKE WAGE DEDUCTION

Upon motion of Randy W. Polons, it is hereby **ORDERED** that:

1. Debtor's employer, A Rifkin Co. ("the employer") shall pay $109.62 directly from each of his regular weekly paychecks, to the chapter 13 trustee at the following address:

   Jack N. Zaharopoulos, Chapter 13 Trustee
   P.O. Box 6008
   Memphis, TN 38101

2. The employer will place the Debtor's name and bankruptcy number clearly on all remitted payments.

3. This order terminates upon dismissal or discharge of this case without further order of this Court. Otherwise, it can be dissolved or modified only by a subsequent court order.

4. This order supersedes and replaces all previous orders, if any, made to the subject employer in this case.

Date: May 24, 2024

[Judge Name]
U.S. Bankruptcy Judge

CC: A Rifkin Co.
     1400 Sans Souci Pkwy
     Wilkes Barre, PA 18706