UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  RANDY W. POLONS                  :  CHAPTER 13
        Debtor                           :
                                         :
        JACK N. ZAHAROPOULOS             :
        STANDING CHAPTER 13 TRUSTEE      :
        Movant                           :
                                         :
        RANDY W. POLONS                  :
        Respondent                       :  CASE NO.   5-24-bk-00794
                                         :
                                         :


TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN


       AND NOW, this 6th day of June 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

       1.  Debtor(s)' Plan violates 11 U.S.C. § 1322(a)(2) in that the Debtor(s) has not provided for full payment, in deferred cash payments, of all claims entitled to priority under 11 U.S.C. § 507, specifically, IRS Claim 6-1.

       2.  The Trustee avers that Debtor(s)' Plan is not feasible based upon the following:

       a.  Secured claims not in Plan (specifically, Claim 1-1).

       3.  Trustee avers that Debtor(s)' Plan cannot be administered due to the lack of the following:

       a.  The Debtor has not provided to the Trustee copies of 2023 Federal Income Tax returns as required by § 521(e)(2)(A).

       4.  The Trustee provides notice to the Court as to the ineffectiveness of Debtor(s) Chapter 13 Plan for the following reasons:

       a.  Clarification of vesting of property. Because non-exempt equity exists, the Plan should provide for vesting at closing. Accordingly, the Plan violates § 1325(a)(4).


**[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]**

WHEREFORE, Trustee alleges and avers that Debtor(s) Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

a.  Deny confirmation of Debtor(s) Plan.
b.  Dismiss or convert Debtor(s) case.
c.  Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY:      /s/Douglas R. Roeder_____
Attorney for Trustee

## CERTIFICATE OF SERVICE

AND NOW, this 6th day of June 2024, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

JENNA NEIDIG
3948 WESTBRANCH HIGHWAY
LEWISBURG, PA    17837-

/s/Tammy Life
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee