## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Randy W. Polons,

Debtor.

Case No. 5:24-00794-MJC

Chapter 13

## ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION

Upon motion of Randy W. Polons to Pay Trustee by Wage Attachment, Dkt. # 23 ("Motion"), it is hereby

**ORDERED** that:

1. Debtor's employer, A Rifkin Co. ("Employer") shall pay $109.62 directly from each of his regular weekly paychecks, to the chapter 13 trustee at the following address:

> Jack N. Zaharopoulos, Chapter 13 Trustee
> P.O. Box 6008
> Memphis, TN 38101

2. The employer will place the Debtor's name and bankruptcy number clearly on all remitted payments.

3. This order terminates upon dismissal or discharge of this case without further order of this Court. Otherwise, it can be dissolved or modified only by a subsequent court order.

4. This order supersedes and replaces all previous orders, if any, made to the subject employer in this case.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: June 6, 2024