# Bankruptcy Proof of Claim: [ Account Data Views: ]

| Borrower: | POLONS,RANDY W | Address: | 1365 TRAILWOOD LAKE RD | Prin Bal: | $22,440.89 | Investor Type: | |
|---|---|---|---|---|---|---|---|
| Co-Borrower Name: | | City: | WILKES-BARRE | Add Prin Bal: | $0.00 | Investor #: | |
| Due Date: | 11/20/2022 | State: | PA | Account Type: | First Mortgage - Conventional Without PMI | Investor Account #: | |
| Last Pmt Appd On: | | Zip Code: | 18702 | Total Pmt Amt: | $499.84 | PLS Client ID: | |

## Pre-Petition Claim

| Pre-Petition Claim | | | |
|---|---|---|---|
| **Petition Claim Date:** | 04/04/2024 | **Petition Acknowledge Date:** | |
| **Confirmation Hearing Date:** | | **Petition Claim Amount:** | $8,922.11 |
| **Petition Confirmed Amount:** | $8,922.11 | **Preliminary:** | Yes |
| **Principal Balance:** | $22,440.89 | **Pre-Petition Claim Required:** | Yes |
| **Revised Claim Date:** | | | |

**Payment Schedule For Pre-Petition**

Row Count = 1

| Sequence Number | From Date | To Date | Payment Amount | Payments Subtotal Amount | Number of Late Charges Due this Period | Late Charge Amount | Late Charge Subtotal Amount |
|---|---|---|---|---|---|---|---|
| 1 | 11/20/2022 | 03/20/2024 | $499.84 | $8,497.28 | 17 | $24.99 | $424.83 |
| Pymt and Lt Chg Totals: | 11/20/2022 | 03/20/2024 | | $8,497.28 | 17 | | $424.83 |

**Total Late Charges Paid to Date:** $0.00

**Fees For Pre-Petition**

Row Count = 0

| Fee Type | Fee Description | Claimed Amount | Confirmed Amount | Total Paid Amount |
|---|---|---|---|---|
| No Data Available | | | | |

## Post-Petition Claim 1

| Post-Petition Claim 1 |
|---|
| No Data Available |

**Payment Schedule For Post-Petition 1**

Row Count = 0

| Sequence Number | From Date | To Date | Payment Amount | Payment Subtotal Amount | Number of Late Charges Due this Period | Late Charge Amount | Late Charge Subtotal Amount |
|---|---|---|---|---|---|---|---|
| No Data Available | | | | | | | |
| No Data Available | | | | | | | |

**Fees For Post-Petition 1**

Row Count = 0

| Fee Type | Fee Description | Claimed Amount | Confirmed Amount | Total Paid Amount |
|---|---|---|---|---|
| No Data Available | | | | |

## Post-Petition Claim 2

| Post-Petition Claim 2 |
|---|
| No Data Available |

**Payment Schedule For Post-Petition 2**

Row Count = 0

| Sequence Number | From Date | To Date | Payment Amount | Payment Subtotal Amount | Number of Late Charges Due this Period | Late Charge Amount | Late Charge Subtotal Amount |
|---|---|---|---|---|---|---|---|
| No Data Available | | | | | | | |
| No Data Available | | | | | | | |

**Fees For Post-Petition 2**

Row Count = 0

| Fee Type | Fee Description | Claimed Amount | Confirmed Amount | Total Paid Amount |
|---|---|---|---|---|
| No Data Available | | | | |