In re:     Case No. 24-00794-MJC
Randy W. Polons     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 1
Date Rcvd: Jun 07, 2024     Form ID: pdf010     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2024:**

**Recip ID     Recipient Name and Address**
+     A Rifkin Co., 1400 Sans Souci Pkwy, Wilkes Barre, PA 18706-6097

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2024 at the address(es) listed below:

**Name     Email Address**

Jack N Zaharopoulos
    TWecf@pamd13trustee.com

Michael A. Cibik
    on behalf of Debtor 1 Randy W. Polons help@cibiklaw.com
    noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

Robert Shearer
    on behalf of Creditor CSMC 2019-RPL7 Trust rshearer@raslg.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 5:24-00794-MJC |
| Randy W. Polons, | Chapter 13 |
| Debtor. | |

## ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION

Upon motion of Randy W. Polons to Pay Trustee by Wage Attachment, Dkt. # 23 ("Motion"), it is hereby

**ORDERED** that:

1. Debtor's employer, A Rifkin Co. ("Employer") shall pay $109.62 directly from each of his regular weekly paychecks, to the chapter 13 trustee at the following address:

   Jack N. Zaharopoulos, Chapter 13 Trustee
   P.O. Box 6008
   Memphis, TN 38101

2. The employer will place the Debtor's name and bankruptcy number clearly on all remitted payments.

3. This order terminates upon dismissal or discharge of this case without further order of this Court. Otherwise, it can be dissolved or modified only by a subsequent court order.

4. This order supersedes and replaces all previous orders, if any, made to the subject employer in this case.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: June 6, 2024