Rev. March 23, 2021

# LOCAL BANKRUPTCY FORM 4001-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Randy W. Polons | CHAPTER: 13 |
| Debtor(s) | CASE NO. 5:24-bk-00794-MJC |

### POST-PETITION PAYMENT HISTORY
### NOTE AND MORTGAGE DATED APRIL 16, 2007

Recorded on April 19, 2007, in Luzerne County, at 1365 Trailwood Lake Rd. Wilkes-Barre Pennsylvania, 18702.

Property Address:
1365 Trailwood Lake Rd. Wilkes-Barre Pennsylvania, 18702

Mortgage Servicer:
Select Portfolio Servicing, Inc. for CSMC 2019-RPL7 Trust

Post-petition mailing address for Debtor(s) to send payment:

Select Portfolio Servicing, Inc
PO BOX
65450 Salt lake City,
UT 84165-0450

Mortgagor(s)/Debtor(s):
Randy W. Polons

Payments are contractually due:

Monthly ☒  Semi-monthly ☐  Bi-weekly ☐  Other ☐

Each Monthly Payment is comprised of:
Principal and Interest..... $499.84
R.E. Taxes.................... N/A
Insurance..................... Included in R.E Taxes
Late Charge.................. $0.00
Other........................... $0.00     (Specify: N/A)
**TOTAL**..................... **$499.84**

**POST-PETITION PAYMENTS** (Petition was filed on April 3, 2024)

| Date Received | Amount Received | Payment Amount Due | Payment Date Applied to | Amount to/from Suspense | Check Number |
|---|---|---|---|---|---|
| DUE | $0.00 | $499.84 | 4/20/2024 | N/A | N/A |
| DUE | $0.00 | $499.84 | 5/20/2024 | N/A | N/A |
| DUE | $0.00 | $499.84 | 6/20/2024 | N/A | N/A |
| DUE | $0.00 | $499.84 | 7/20/2024 | N/A | N/A |

TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE: 4 as of July 19, 2024.

TOTAL AMOUNT OF POST-PETITION ARREARS: $1,999.36 as of July 19, 2024.

Dated: August 22, 2024

CSMC 2019-RPL7 Trust
Mortgage Company

K. Williams   Kiara Williams
(Print Name and Title)   Document Control Officer

Select Portfolio Servicing, Inc.

Select Portfolio Servicing, Inc. as Attorney in Fact

3