# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
# WILKES-BARRE DIVISION

IN RE:                                                               CHAPTER 13
                                                                                  CASE NO.: 5:24-bk-00794-MJC

Randy W. Polons,

       Debtor,

_____/

CSMC 2019-RPL7 TRUST,

       Movant,

v.

Randy W. Polons,
Jack N. Zaharopoulos,

       Respondents.

_____/

## <u>CERTIFICATE OF NON- CONCURRENCE</u>

The undersigned hereby certifies that Debtor(s) attorney, has not consented to relief. The Concurrence in this motion was sought on August 2, 2024. Trustee does not typically consent without Debtor(s)' consent.

Date: <u>8/23/2024</u>

                                         **Robertson, Anschutz, Schneid, Crane**
                                         **& Partners, PLLC**
                                         Attorney for Movant
                                         13010 Morris Rd., Suite 450
                                         Alpharetta, GA 30004
                                         Telephone: 470-321-7112
                                         By: <u>/s/ Michelle L. McGowan</u>
                                         Michelle L. McGowan
                                         PA Bar Number 62414
                                         Email: <u>mimcgowan@raslg.com</u>