UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:

Randy W. Polons,

    Debtor,

_____/

CSMC 2019-RPL7 TRUST,

    Movant,

v.

Randy W. Polons,
Jack N. Zaharopoulos,

    Respondents.

_____/

CHAPTER 13
CASE NO.: 5:24-bk-00794-MJC

Hearing Date: September 24, 2024
Hearing Time: 10:00a.m.
Hearing Location: Max Rosenn U.S. Courthouse 197 South Main Street, rm 247
Wilkes-Barre, PA 18701

## ORDER OF COURT GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY

AND NOW, this _____ day of _____, 2024, upon consideration of CSMC 2019-RPL7 TRUST's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to CSMC 2019-RPL7 TRUST; and it is further

ORDERED, that CSMC 2019-RPL7 TRUST, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at 1365 Trailwood Lake Rd. Wilkes-Barre Pennsylvania, 18702, including without limitation a sheriff's sale of the property, and it is further

ORDERED that CSMC 2019-RPL7 TRUST's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

BY THE COURT

_____
U.S. Bankruptcy Court Judge
Honorable Mark J. Conway