UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:                                                                 CHAPTER 13
                                                                       CASE NO.: 5:24-bk-00794-MJC

**Randy W. Polons,**

    Debtor,

_____/      Hearing Date: September 24, 2024

**CSMC 2019-RPL7 TRUST,**                    Hearing Time: 10:00a.m.
                                                                       Hearing Location: Max Rosenn
    Movant,                                                         U.S. Courthouse 197 South
                                                                       Main Street, rm 247
v.                                                                          Wilkes-Barre, PA 18701

**Randy W. Polons,**
**Jack N. Zaharopoulos,**

    Respondents.

_____/

<u>**CERTIFICATE OF SERVICE FOR RELIEF FROM AUTOMATIC STAY**</u>

        I, Michelle L. McGowan, certify under penalty of perjury that I am not less than eighteen (18) years of age; that I electronically filed with the Clerk of the Bankruptcy Court a Notice of Motion and Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §362 (d)(1) (with attached proposed Order) on <u>August 23, 2024</u>, and served same as indicated below.

**Mail Service:** Regular, first-class United States mail, postage full pre-paid, addressed to:

Randy W. Polons
554 Trailwood Lake Rd
Bear Crk Twp, PA 18702-8511

**E-Mail Service:** via CM/ECF e-mail notification to the following:

Michael A. Cibik
Email: help@cibiklaw.com

Jack N Zaharopoulos

Email: info@pamd13trustee.com

Asst. U.S. Trustee
United States Trustee
Email: ustpregion03.ha.ecf@usdoj.gov

Date: 8/23/2024

        **Robertson, Anschutz, Schneid, Crane
        & Partners, PLLC**
        Attorney for Movant
        13010 Morris Rd., Suite 450
        Alpharetta, GA 30004
        Telephone: 470-321-7112
        By: /s/ Michelle L. McGowan
        Michelle L. McGowan
        PA Bar Number 62414
        Email: mimcgowan@raslg.com