# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| Randy W. Polons, | Case No. 24-00794-MJC |
|---|---|
| *Debtor*. | Chapter 13<br>Related to ECF No. 35 |

## Debtor's Objection to Motion for Relief from Stay

Debtor Randy W. Polons, through his attorney, hereby objects to the certification of default filed by CSMC 2019-RPL7 Trust at ECF No. 35 and asks to be heard by the Court before the entry of a final order.

Date: August 28, 2024

CIBIK LAW, P.C.
*Attorney for Debtor*

By: /s/ Michael A. Cibik

Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com