UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Randy Polons, *Debtor*. | Case No. 24-00794-MJC <br> Chapter 13 |

## Certificate of Service

I certify that on this date, I did cause a copy of the document described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

- First Amended Chapter 13 Plan

I further certify that on this date, I did cause a copy of the document described above to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the parties listed on the attached mailing exhibit.

Date: September 4, 2024

/s/ *Michael A. Cibik*
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

Bear Creek Township Tax Collector
Attn: Bankruptcy
141 Laurel Run Rd
Bear Crk Twp, PA 18702-9712

CACH, LLC
c/o Resurgent Capital Services
Po Box 10587
Greenville, SC 29603-0587

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One/Walmart
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130-0285

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Luzerne County Tax Claim Bureau
c/o Elite Revenue Solutions
200 North River Street
Wilkes Barre, PA 18711

LVNV Funding, LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Midland Credit Management, Inc.
Attn: Bankruptcy
Po Box 2037
Warren, MI 48090-2037

Pennsylvania Attorney General
Attn: Bankruptcy
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Office of General Counsel
Attn: Bankruptcy
333 Market St Fl 17
Harrisburg, PA 17101-2210

Portfolio Recovery Associates, LLC
Attn: Bankruptcy
Po Box 41067
Norfolk, VA 23541-1067

Select Portfolio Servicing, Inc.
Attn: Bankruptcy
PO Box 65250
Salt Lake City, UT 84165-0250

U.S. Attorney, Middle District of Pa.
Attn: Bankruptcy
235 N Washington Ave, Ste 311
Scranton, PA 18503-1533

U.S. Department of Justice
Attorney General
PO Box 683
Washington, DC 20044-0683