UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:  
Randy W. Polons,

    Debtor,

_____/

CSMC 2019-RPL7 TRUST,

    Movant,

v.

Randy W. Polons,  
Jack N. Zaharopoulos,

    Respondents.

_____/

CHAPTER 13  
CASE NO.: 5:24-bk-00794-MJC

Hearing Date: September 24, 2024  
Hearing Time: 10:00a.m.  
Hearing Location: Max Rosenn U.S. Courthouse 197 South Main Street, rm 247  
Wilkes-Barre, PA 18701

## ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY

Upon consideration of CSMC 2019-RPL7 TRUST's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. §362(d), Dkt. # 35, Debtor's Objection thereto, Dkt. # 36, and after a hearing held on September 24, 2024, it is hereby

**ORDERED** that the automatic stay provisions of §362 of the Bankruptcy Code are hereby unconditionally terminated with respect to CSMC 2019-RPL7 TRUST; it is further

**ORDERED** that CSMC 2019-RPL7 TRUST, its successors and/or assignees, are entitled to proceed with appropriate state court remedies against the property located at 1365 Trailwood Lake Rd., Wilkes-Barre Pennsylvania, 18702, including without limitation a sheriff's sale of the property, and it is further

**ORDERED** that CSMC 2019-RPL7 TRUST's request to waive the 14 day stay period pursuant to Fed. R. Bankr. P. 4001(a)(3) is granted.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: September 25, 2024