# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     RANDY W. POLONS

|                                           |                                      |
|-------------------------------------------|--------------------------------------|
| Debtor(s)                                 | CHAPTER 13                           |

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE                          CASE NO: 5-24-00794-MJC
        Movant
vs.
RANDY W. POLONS

        Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on November 15, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. An Amended Plan was filed on September 4, 2024.

2. A hearing was held and an Order was entered on October 31, 2024 directing that an amended plan be filed within fourteen (14) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

Respectfully submitted,

/s/   Agatha R. McHale, Esquire
Id:   47613
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA   17036
Phone:   717-566-6097
email: amchale@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   RANDY W. POLONS

                          Debtor(s)

                                                              CHAPTER 13

        JACK N. ZAHAROPOULOS
        CHAPTER 13 TRUSTEE
                          Movant

                                                              CASE NO: 5-24-00794-MJC

        RANDY W. POLONS

                          Respondent(s)


                                   **NOTICE**

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

 U.S. Bankruptcy Court                            Date:   December 5, 2024
 Max Rosenn U.S. Courthouse
 Courtroom #2                                     Time:   10:00 AM
 197 S. Main Street
 Wilkes Barre, PA   18701


Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

 Date:  November 15, 2024              /s/   Agatha R. McHale, Esquire
                                       Id:   47613
                                       Attorney for Trustee
                                       Jack N. Zaharopoulos
                                       Standing Chapter 13 Trustee
                                       Suite A, 8125 Adams Dr.
                                       Hummelstown, PA   17036
                                       Phone:   (717) 566-6097
                                       email: info@pamd13trustee.com

IN RE:    RANDY W. POLONS

                                                                CHAPTER 13

                      Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE                                  CASE NO: 5-24-00794-MJC
                      Movant

vs.
RANDY W. POLONS

                      Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 15, 2024, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served electronically
MICHAEL A CIBIK, ESQUIRE
CIBIK LAW, PC
1500 WALNUT ST, SUITE 900
PHILADELPHIA, PA  19102

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA  17102

Served by 1st Class Mail
RANDY W. POLONS
554 TRAILWOOD LAKE RD
BEAR CRK TWP, PA  18702-8511

I certify under penalty of perjury that the foregoing is true and correct.

Date:  November 15, 2024                     /s/ Vickie Williams
                                             Office of Standing Chapter 13 Trustee
                                             Jack N. Zaharopoulos
                                             Suite A, 8125 Adams Dr.
                                             Hummelstown, PA   17036
                                             Phone:   (717) 566-6097
                                             email: info@pamd13trustee.com

IN RE:  RANDY W. POLONS

                    Debtor(s)

JACK N. ZAHAROPOULOS                    CHAPTER 13
CHAPTER 13 TRUSTEE
                    Movant

RANDY W. POLONS
                                        CASE NO: 5-24-00794-MJC

                    Respondent(s)


**ORDER DISMSSING CASE**


Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.   The Court retains jurisdiction to rule on any timely filed fee application.