United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                                        Case No. 24-00794-MJC
Randy W. Polons                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                               User: AutoDocke                                             Page 1 of 3
Date Rcvd: Dec 05, 2024                       Form ID: ordsmiss                                       Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Randy W. Polons, 554 Trailwood Lake Rd, Bear Crk Twp, PA 18702-8511 |
| 5608587 | | Bear Creek Township Tax Collector, 141 Laurel Run Rd, Bear Crk Twp, PA 18702-9712 |
| 5608594 | + | Luzerne County Tax Claim Bureau, c/o Elite Revenue Solutions, 200 North River Street, Wilkes Barre, PA 18711-1004 |
| 5608601 | | U.S. Attorney, Middle District of Pa., 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Dec 05 2024 18:41:00 | CSMC 2019-RPL7 Trust, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 5608586 | | EDI: GMACFS.COM | Dec 05 2024 23:40:00 | Ally Financial, Inc, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 5611121 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 05 2024 18:45:15 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5608590 | | EDI: CRFRSTNA.COM | Dec 05 2024 23:40:00 | CFNA, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 5623720 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 05 2024 18:41:00 | CSMC 2019-RPL7 TRUST, Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 5610427 | + | Email/Text: RASEBN@raslg.com | Dec 05 2024 18:41:00 | CSMC 2019-RPL7 Trust, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 5608588 | | EDI: CAPITALONE.COM | Dec 05 2024 23:40:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5611226 | | EDI: CAPITALONE.COM | Dec 05 2024 23:40:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5608589 | | EDI: CAPITALONE.COM | Dec 05 2024 23:40:00 | Capital One/Walmart, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5608592 | + | EDI: CITICORP | Dec 05 2024 23:40:00 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, PO Box 790040, St Louis, MO 63179-0040 |
| 5608593 | | EDI: IRS.COM | Dec 05 2024 23:40:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5608591 | | EDI: JPMORGANCHASE | Dec 05 2024 23:40:00 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |
| 5616404 | + | Email/Text: RASEBN@raslg.com | Dec 05 2024 18:41:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank |

| Recipient # | Method | Date/Time | Address |
|---|---|---|---|
| | | | USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5623634 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 05 2024 18:46:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5621826 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 05 2024 18:41:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5608595 | + Email/Text: nsm_bk_notices@mrcooper.com | Dec 05 2024 18:41:00 | Mrc/united Wholesale M, Attn: Bankruptcy P. O. Box 619098, Dallas, TX 75261-9098 |
| 5608596 | Email/Text: fesbank@attorneygeneral.gov | Dec 05 2024 18:41:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5608599 | + EDI: LCIPHHMRGT | Dec 05 2024 23:40:00 | PHH Mortgage Services, Attn: Bankruptcy 1 Mortgage Way Llc, Mount Laurel, NJ 08054-4624 |
| 5622115 | + EDI: PRA.COM | Dec 05 2024 23:40:00 | PORTIFOLIO RECOVERY ASSOCIATES, POB 41067, NORFOLK, VA 23541-1067 |
| 5608597 | EDI: PENNDEPTREV | Dec 05 2024 23:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 5608597 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 05 2024 18:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 5608598 | ^ MEBN | Dec 05 2024 18:35:59 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5608600 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 05 2024 18:41:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5608602 | ^ MEBN | Dec 05 2024 18:35:51 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 5608603 | EDI: CAPITALONE.COM | Dec 05 2024 23:40:00 | Walmart Credit Services/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 25

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2024 at the address(es) listed**

below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael A. Cibik | on behalf of Debtor 1 Randy W. Polons help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| Michelle McGowan | on behalf of Creditor CSMC 2019-RPL7 Trust mimcgowan@raslg.com |
| Robert Shearer | on behalf of Creditor CSMC 2019-RPL7 Trust rshearer@raslg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Randy W. Polons,   Chapter   13

**Debtor 1**

Case No.   5:24−bk−00794−MJC

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: December 5, 2024

ordsmiss (05/18)