# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>    Randy W. Polons,<br><br>                    Debtor. | Case No. 24-00794-MJC<br><br>Chapter 13 |

**Motion to Terminate Wage Order**

The Debtor moves the Court to terminate all wage orders in this case.

Date: December 18, 2024

CIBIK LAW, P.C.
*Counsel for Debtors*

By: /s/ Michael A. Cibik
    Michael A. Cibik (#23110)
    1500 Walnut Street, Suite 900
    Philadelphia, PA 19102
    215-735-1060
    mail@cibiklaw.com