# United States Bankruptcy Court
## Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-00794-MJC |
| Randy W. Polons, | Chapter 13 |
| Debtor. | |

**ORDER**

And now, upon motion of the Debtor, it is hereby **ORDERED** that all wage orders previously issued in this case are **TERMINATED**.

_____
Mark J. Conway
U.S. Bankruptcy Judge